UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,

v.                                              Case No. 2:11-pt-9
                                               HON. R. ALLAN EDGAR

DUANE K. MAKELA,

               Defendant.
_____/

## ORDER OF DETENTION

      Defendant appeared before the undersigned on May 3, 2016 for an initial appearance on the amended petition for warrant for offender under supervision. Elizabeth LaCosse, Federal Public Defender appeared on behalf of defendant and Maarten Vermaat appeared on behalf of the United States.

      Counsel request preliminary hearing and detention hearing which the Court set for May 9, 2016 at 1:30 p.m.

      The defendant will remain in the custody of the U.S. Marshal Service pending resolution of this matter.

      IT IS SO ORDERED.

                                                          /s/ Timothy P. Greeley
                                                         TIMOTHY P. GREELEY
                                                        UNITED STATES MAGISTRATE JUDGE

Dated: 5/3/2016