UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                          Case No. 2:11-pt-9
                                              HON. R. ALLAN EDGAR

DUANE K. MAKELA,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on May 17, 2016 for a preliminary hearing and detention hearing on the amended petition for warrant for offender under supervision. Elizabeth LaCosse, Federal Public Defender appeared on behalf of defendant and Maarten Vermaat appeared on behalf of the United States.

For reasons stated on the record, this Court established that there was probable cause for the supervised release violation petition and that defendant should be detained pending further proceedings.

IT IS HEREBY ORDERED that defendant will remain in the custody of the U.S. Marshal service pending further proceedings.

IT IS SO ORDERED.

                                                              /s/ Timothy P. Greeley
                                                              TIMOTHY P. GREELEY
                                                              UNITED STATES MAGISTRATE JUDGE

Dated: 5/18/2016