UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                            Case No. 2:11-pt-9

Duane K. Makela,                HON. ROBERT HOLMES BELL

          Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on November 28, 2016, for a plea hearing on the pending supervised release violation.

This Court received a bond violation report on November 23, 2016 which resulted in the issuance of an arrest warrant.

As a result of that bond violation and for reasons stated on the record, defendant's bond is REVOKED.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                          /s/ Timothy P. Greeley
                                          TIMOTHY P. GREELEY
                                          UNITED STATES MAGISTRATE JUDGE

Dated: November 29, 2016