UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                Case No.  2:11-pt-9

v.                                      HON. ROBERT HOLMES BELL

Duane K. Makela,

        Defendant.
_____/

## REPORT AND RECOMMENDATION

On May 3, 2016 (with amendments filed 8/15/2016 and 10/14/2016), a Petition for Warrant or Summons for Offender Under Supervision was filed, alleging five violations of the defendant's conditions of supervised release.

An initial appearance was conducted on May 17, 2016 and defendant was detained pending further proceedings.

On November 28, 2016, the parties appeared before the undersigned for a plea hearing and defendant waived his right to appear before a district judge, his right to allocution before a district judge, and his right to sentencing before a district judge. At this time, the defendant admitted to violations #3, 4, and 5 as set forth in the October 14, 2016 amended petition. For reasons stated on the record, it is recommended that the Court find the defendant did violate the conditions of supervised release as set forth

in violations #3. 4. and 5 of the amended petition.  Sentencing will be held before Hon. Robert Holmes Bell on December 15, 2016 at 1:15 p.m.


Date: November 29, 2016          /s/ Timothy P. Greeley
                                  TIMOTHY P. GREELEY
                                  United States Magistrate Judge


### NOTICE TO PARTIES

You have the right to <u>de</u> <u>novo</u> review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing.  *See* W.D. MICH. L.CR.R. 11.1(d).