UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                      Case No: 2:11-PT-9

DUANE K. MAKELA,                    HON. ROBERT HOLMES BELL

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 73) is approved and adopted as the opinion of the Court.

2. Defendant's admission of guilt to Violation Nos. 3, 4 and 5, set forth in the Amended Petition for Warrant or Summons for Offender Under Supervision (ECF No. 60), is accepted. The Court finds that Defendant has violated the conditions of supervised release as set forth in Violation Nos. 3, 4 and 5 of the Amended Petition for Warrant or Summons for Offender Under Supervision.

Dated: December 14, 2016                    /s/ Robert Holmes Bell
                                                                   ROBERT HOLMES BELL
                                                                   UNITED STATES DISTRICT JUDGE